# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| DARNELL WESLY MOON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:15-CV-166-SNLJ |
| | ) | |
| GARY STOLZER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's failure to comply with this Court's Order of October 6, 2015 [Doc. #4]. This Court ordered plaintiff to file an amended complaint within thirty days, in accordance with the specific instructions set forth in the Order. In addition, the Court warned plaintiff that his failure to comply with the Order would result in the dismissal of this action, without prejudice and without further notice to him.

Rather than comply with this Court's Order, plaintiff filed a motion for reconsideration [Doc. #5], in which he states he will not file an amended complaint, because he should be allowed to bring his myriad claims in one action against all twenty-two named defendants. The motion for reconsideration is without merit, and this action will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Therefore,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration [Doc. #5] is **DENIED**,

A separate Order of Dismissal shall accompany this Memorandum and Order.

Dated this 6th day of November, 2015.

_____
**UNITED STATES DISTRICT JUDGE**